AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of
Information Associated with Kik Username
"JustaDude" and Kik User ID "justadude889_ezw"
that is stored at premises controlled by MediaLab.ai,
Inc.

Case No. 26-MJ-737-SH

**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before September 24, 2026
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Susan E. Huntsman.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____________.

Date and time issued: 9/10/26 at 3:54 pm

[signature]
*Judge's signature*

City and state: Tulsa, Oklahoma

Susan E. Huntsman, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-737-SH | 09/10/2026, 4:16 P.M. | Medialab via online portal |

Inventory made in the presence of :

N/A

Inventory of the property taken and name of any person(s) seized:

MediaLab provided the contents of the Kik account with the username "JustaDude" and User ID "justadude889_ezw". The contents included messages sent and received by the Kik user with other Kik users as well as the images and videos stored on the Kik account.

-NOTHING FOLLOWS-

KRS 09/18/2026

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/18/2026

[signature]

*Executing officer's signature*

KASEV R. SUNDAR, FBI SPECIAL AGENT

*Printed name and title*

# ATTACHMENT A

## Property to be Searched

This warrant applies to information associated with Kik account username **JustaDude** with Kik user ID **justadude889_ezw** (the Subject Account), that is stored at the premises owned, maintained, controlled, or operated by Kik c/o MediaLab.ai Inc., 8023 Beverly Blvd #1144, Los Angeles, CA 90048 (the Provider).

# ATTACHMENT B

## Particular Things to be Seized

**I. Information to be disclosed by MediaLab.ai, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of MediaLab.ai, Inc., regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to MediaLab.ai, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), MediaLab.ai, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

(a) All contact and personal identifying information;

(b) All activity logs for the account and all other documents showing the user's posts and other Kik activities;

(c) All photos and videos uploaded by the Target Account and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Kik usernames; groups and networks of which the user is a member; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of

MediaLab.ai, Inc.'s applications;

(e) All basic subscriber information;

(f) All call detail records;

(g) All detailed message logs;

(h) All content, including but not limited to message content;

(i) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that account, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(j) All other records and contents of communications and messages made or received by the user, including all Messenger activity, messages, chat history, video and voice calling history, and pending "Friend" requests;

(k) All "check ins" and other location information;

(l) All IP logs, including all records of the IP addresses that logged into the account;

(m) All past and present lists of friends created by the account;

(n) All records of Kik searches performed by the account;

(o) The types of service utilized by the user;

(p) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(q) All privacy settings and other account settings, including privacy

settings for individual Kik posts and activities, and all records showing which Kik users have been blocked by the account;

(r) All records pertaining to communications between MediaLab.ai, Inc. and any person regarding the user or the user's Kik account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1) (Receipt and Distribution of Child Pornography) and Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) (Possession of Child Pornography) involving the Subject Account and occurring from **April 15, 2023, to April 17, 2025**, listed in Attachment A, including:

(a) Information, correspondence, records, documents, or other materials pertaining to the enticement or coercion of minors to engage in sexual acts or sexual conduct, as defined in 18 U.S.C. § 2422(b);

(b) Images of child pornography; files containing images and data of any type relating to the sexual exploitation of minors, and material related to the possession or production thereof, as defined in 18 U.S.C. § 2252A;

(c) Information, correspondence, records documents or other materials pertaining to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256 or pertaining to the sexual exploitation of minors;

(d) Communications between the Subject Account and others pertaining to the receipt, distribution, and/or possession of child pornography;

(e) Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account

owner;

(f) Evidence indicating the account owner's state of mind as it relates to the crime under investigation; and

(g) The identity of the person(s) who created or used the Subject Account including records that help reveal the whereabouts of such person(s).